UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 11750
  SUSAN M TUMAS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

          Debtor
  SSN XXX-XX-4180

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 09/19/06 and confirmed on 12/15/06.

   2.   The case was dismissed after confirmation, 08/10/2007.

   3.   The Debtor paid a total of $   3248.00 .

   4.   The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | UNSECURED | .00 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 18145.18 | .00 | .00 |
| LAWRENCE ZAREMBA | SECURED | 10480.00 | 603.37 | 1604.86 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6671.69 | .00 | 819.96 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS SECRETARY OF ST | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| UNUM | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 4972.15 | .00 | .00 |
| B LINE LLC | UNSECURED | 1083.57 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 829.64 | .00 | 101.96 |
| ILLINOIS DEPT REVENUE | UNSECURED | 111.40 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 671.04 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1058.88 | .00 | .00 |

                Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10480.00 | 7501.33 | 26042.22 | .00 | 44023.55 |
| PRINCIPAL PAID | 1604.86 | 921.92 | .00 | .00 | 2526.78 |
| INTEREST PAID | 603.37 | .00 | .00 | .00 | 603.37 |
| TOTAL PAID | 2208.23 | 921.92 | .00 | .00 | 3130.15 |

The Debtor's attorney, COHEN & KROL                   , was allowed $   4354.00
and was paid $    673.83  direct and $       .00  through the plan.

The Trustee received $    117.85 .

Refunds to the Debtor totaled $       .00 .

      Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.


Dated: 11/15/07                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 06 B 11750 SUSAN M TUMAS